UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL BURCIAGA, | ) | Case No.: 1:17-cv-00186-SAB (PC) |
| Plaintiff, | ) ) | |
| v. | ) ) | SECOND ORDER DIRECTING PLAINTIFF TO PAY THE FILING FEE OR SUBMIT AN APPLICATION TO PROCEED IN FORMA PAUPERIS |
| DEPUTY SHERIFF, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

Plaintiff Manuel Burciaga filed the instant civil rights action pursuant to 42 U.S.C. § 1983, on February 10, 2017.

On February 15, 2017, the Court ordered Plaintiff to pay the $400.00 filing fee or submit an application to proceed in forma pauperis.

On March 6, 2017, Plaintiff filed a reply to the Court's February 15, 2017, order and appears to request that the order be discharged.

Plaintiff is advised again that in order to proceed with this action, he must either pay the $400.00 filing or submit a complete application to proceed in forma pauperis, and there is no exception to this rule.  28 U.S.C. § 1914; 28 U.S.C. § 1915(a)(1).  Accordingly, within **twenty-one (21)** days from the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for

1  this action.  **No requests for extension will be granted without a showing of good cause.  Failure**
2  **to comply with this order will result in dismissal of this action.**

4  IT IS SO ORDERED.

5  Dated:   **March 8, 2017**
6                                                UNITED STATES MAGISTRATE JUDGE