**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL BURCIAGA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPUTY SHERIFF,<br><br>　　　　　Defendant. | Case No.: 1:17-cv-00186-SAB (PC)<br><br>THIRD AND FINAL ORDER DIRECTING PLAINTIFF TO PAY $400.00 FILING FEE OR SUBMIT A COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS |

　　　　Plaintiff Manuel Burciaga filed the instant civil rights action pursuant to 42 U.S.C. § 1983, on February 10, 2017.  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on March 3, 2017.  Local Rule 302.

　　　　On April 5, 2017, Plaintiff filed a response to the Court's second order directing payment of the $400.00 filing fee or submission of application to proceed in forma pauperis. Plaintiff contends that he has satisfied the payment fee.

　　　　In arguing that Plaintiff has satisfied the payment of the $400.00 filing fee in this case, Plaintiff cites to House Joint Resolution (HJR) 192.  HJR 192 of 1993 involved the suspension of the gold standard.  H.J.R. 192, 73d Cong. (1933); see also U.S. v. Lee, 427 F.3d 881, 888 (11th Cir. 2005) (discussing the resolution); Holyoke Water Co. v. American Writing Paper Co., 300 U.S. 324, 339 n.1 (1937) (setting forth the joint resolution).  This resolution was enacted and is today codified as 31 U.S.C. § 5118(d), which specifies that obligations requiring repayment in gold and issued after

1

1. October 1977 are satisfiable by fiat money.  This act of Congress has no conceivable bearing on
2. Plaintiff payment of fees in this action, and there is no exception to paying the filing fee or submitting
3. an application to proceed in forma pauperis in this action.
4.       Plaintiff is again advised that in order to proceed with this action, he must either pay the
5. $400.00 filing or submit a complete application to proceed in forma pauperis, and there is no
6. exception to this rule.  28 U.S.C. § 1914; 28 U.S.C. § 1915(a)(1).  Accordingly, within twenty-one
7. (21) days from the date of service of this order, Plaintiff shall submit the attached application to
8. proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for
9. this action.  **No requests for extension will be granted without a showing of good cause, and the**
10. **failure to comply with this order will result in dismissal of this action.**

13. IT IS SO ORDERED.
14. Dated:   **April 6, 2017**
15.                                     UNITED STATES MAGISTRATE JUDGE